■ ROBERT ENTENMANN, Respondent, v INGA LYTTLE, Appellant.—Appeal by the defendant from an order and judgment (one paper) of the Supreme Court, Suffolk County (Tanenbaum, J.), entered May 23, 1990.

Ordered that the order and judgment is affirmed, with costs,

for reasons stated by Justice Tanenbaum at the Supreme Court. Mangano, P. J., Lawrence, Eiber and Miller, JJ., concur.